3:23MJ5502

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Detective Scott Bailey, Task Force Officer for the Federal Bureau of Investigation (FBI) Violent Crime/Safe Streets Task Force, being first duly sworn, hereby depose and state as follows:

1. I have been a police officer since March 2006. I am currently assigned to the FBI's Cleveland Division, Violent Crime/Safe Streets Task Force working in the Toledo Resident Agency since January of 2015. Prior to my assignment with the Task Force, I was assigned to the Toledo Police Department Gang Unit as well as the SWAT Unit. During my employment as a police officer, I have investigated numerous crimes including violent crime and drug trafficking offenses.

2. I make this affidavit in support of a criminal complaint against JAMIE SWEATT-GLOBE. The facts in this affidavit come from my personal observations, training, experience, and information obtained from other law enforcement agents.

3. Because this affidavit is being submitted for the limited purpose of supporting a criminal complaint, I have not included each and every fact known concerning this investigation. I have set forth only those facts I believe necessary to establish probable cause that SWEATT-GLOBE has committed a violation 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm.

4. Beginning in February 2023, I received information that SWEATT-GLOBE was trafficking large amounts of methamphetamine in and around the City of Toledo, Ohio. After investigation of that information, I obtained a search warrant for SWEATT-GLOBE'S residence on Locust Street in Toledo, Ohio.

5. On December 5, 2023, at approximately 6:00 a.m., members of the Toledo Police SWAT Unit executed the search warrant at the Locust Street residence. Upon entry into the residence, SWEATT-GLOBE was located inside the residence in an upstairs bedroom and was found to be

the only occupant of the residence. A search of the residence resulted in the seizure of a Bushmaster, .223x5.56 caliber AR rifle, model XM15-E2S bearing serial # BFI606408. The rifle was loaded and one round was in the chamber. The rifle was located on the first floor of the residence in a closet which was off a hallway that runs from the front door into the kitchen area. There was no door on the closet and the rifle was found hanging in the closet by an attached strap. I was informed by other agents that this firearm appears to have been manufactured outside of the State of Ohio.

6. A review of SWEATT-GLOBE's criminal history shows a second-degree Murder conviction, as well as a felony firearm conviction, on June 12, 1997, in Detroit, Michigan; a felony Controlled Substance-Delivery/Manufacturing on May 19, 2011 in the 22nd Circuit Court in Michigan; two felony convictions of Controlled Substances-Delivery/Manufacturing and a felony assault on a police officer conviction on June 27, 2016 in the 22nd Circuit Court in Michigan. Based on these convictions, SWEATT-GLOBE is prohibited under federal law from lawfully possessing a firearm.

(intentionally left blank)

7. Based on the information contained in this affidavit, I believe probable cause exists that on December 5, 2023, in the Northern District of Ohio, Western Division, JAMIE SWEATT-GLOBE committed a violation of 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm.

Respectfully submitted,

*Det. S. Bailey # 2386*

_____
FBI TFO Scott Bailey

Sworn to via telephone on this 5th day of December, 2023
after submission by reliable electronic means.
Fed.R.Crim.P.4.1 and 41(d)(3).

_____
DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE